**GRANTED.**

*[Signature: Thomas A. Wiseman Jr.]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:00-00046-1 |
| v. ) | Thomas Wiseman |
| ) | Senior Judge, U.S. District Court |
| NORMAN PINKSTON ) | |

MOTION TO TERMINATE SUPERVISED RELEASE

Norman Pinkston began supervised release on February 8, 2008. The term of his supervised release is five (5) years.

Norman Pinkston, by and through counsel, hereby moves for early termination of supervised release.

Mr. Pinkston has done well under supervision. He is steadily employed, and has accomplished the tasks required of him under supervision. Counsel for the defendant has conferred with the United States probation officer assigned to this case and he has verified Mr. Pinkston's conformity with the conditions of supervision.

Further supervision appears unnecessary, and early termination of supervised release is justified. Consequently, Norman Pinkston requests entry of an order terminating supervised release.

Respectfully submitted,

*s/ C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Norman Pinkston